Entered on Docket
October 28, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: October 28, 2010



```
1  TRAVIS J. LILLIE (CA SBN 267339)
   GABRIEL OZEL (CA SBN 269098)
2  ALEXIS BORNHOFT (CA SBN 270200)
   PITE DUNCAN LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385
```

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

Attorneys for THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2005-AR6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR6

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>DEBORAH LOU COLLINS,<br><br><br><br><br><br><br>Debtor(s). | Case No. 10-13301-AJ<br><br>Chapter 7<br><br>R.S. No. MAW-2066<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: October 21, 2010<br>TIME: 9:00 AM<br><br>Northern District of California - Santa Rosa Division<br>United States Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404-6524 |

The above-captioned matter came on for hearing on October 21, 2010, at 9:00 AM, upon the Motion of The Bank of New York Mellon formerly known as The Bank of New York as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Trust 2005-AR6 Mortgage Pass-Through Certificates, Series 2005-AR6 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Deborah Lou Collins ("Debtor") commonly known as 419

Billington Lane, Windsor, California 95492 (the "Real Property"), which is legally described as follows:

> Lot 8, as numbered and designated on the map entitled Country Meadow, Tract No. 782 filed for record October 17, 1988, in the office of the County Recorder in Book 426, pages 5 thru 9, Sonoma County Records.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law; and

6. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **